Town of Hempstead, Respondent, v East Coast Resource Group, LLC, Appellant.

Submitted April 19, 2010; decided June 10, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.